UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WANDA GREENE,

        Plaintiff,

                      Case No. 06-CV-15010

vs.                    HON. GEORGE CARAM STEEH

U.S. POSTAL SERVICE,

        Defendant.
_____/

## ORDER OF DISMISSAL

On June 8, 2007, the parties to this case filed their stipulation for compromise settlement and release of Federal Tort Claims Act Claims pursuant to 28 U.S.C. § 2677 (Doc. 6). In that document, signed by *pro se* plaintiff Wanda Greene and counsel for the government, the plaintiff agreed to a release of all claims stemming from the alleged motor vehicle accident claimed in the above-captioned action in exchange for a monetary settlement.

Accordingly, this matter is DISMISSED.

IT IS SO ORDERED.

Dated: June 18, 2007

                                    S/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 18, 2007, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk